UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REYNALDO AVILA JIMENEZ,<br>           Petitioner,<br>v.<br>PEOPLE OF CALIFORNIA,<br>           Respondent. | No. CV 06-3757-RSWL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 20, 2009

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE